Russell Robinson SBN:163937
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:(415) 255-0462
Facsimile:(415) 431-4526

Attorneys for Plaintiffs
HAROLD DUTRA, JR., JIMMY DUTRA and ADAM DUTRA

Clifford F. Campbell, SBN: 60734
Alan M. Cohen, SBN: 177662
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone:  (510) 808.2000
Facsimile:  (510) 444.1108

Attorneys for Defendants
CITY OF HALF MOON BAY, CHIEF OF POLICE IKE ORTIZ, COMMANDER LON WAXSTEIN, DAVID BOLSTER and MIKE O'MALLEY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DUTRA, JR.,; JIMMY DUTRA; and, ADAM DUTRA,<br><br>                    Plaintiffs<br>v.<br><br>CITY OF HALF MOON BAY; CHIEF OF POLICE IKE ORTIZ; COMMANDER LON WAXSTEIN; DAVID BOLSTER; MIKE O'MALLEY; JAMES PENDERGAST; and DOES 1- 40,<br><br>                    Defendants. | Case No: C 02 5940 MMC (MEJ)<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT AND STIPULATION FOR A TRIAL CONTINUANCE, AND RE-SETTING PRE-TRIAL DEADLINES; ORDER APPROVING STIPULATION AND CONTINUING STATUS CONFERENCE** |

   A further case management conference is set for May 13, 2005.  The parties hereby submit the following stipulation and proposed order as their joint case management statement in the matter.

   ///

**I.   RECITALS:**

1. The trial in this matter is presently scheduled to commence on September 12, 2005.

2. Since approximately October 18, 2004, the plaintiffs have been delinquent in responding to certain discovery inquiries propounded upon them by Defendant City of Half Moon Bay. This delinquency has resulted in the City filing a motion to compel, and the matter being referred for resolution to Magistrate Judge Marie Elena James. Although there has been progress, major aspects of this dispute still remain unresolved. The City and its co-defendants have been unable to prepare their defense because of it.

3. The City intends to present a dispositive motion, by which it will seek to eliminate all, or most of the claims of the plaintiffs. To be timely under the current Pretrial Preparation Order such motions must be filed on or before June 24, 2005. The City is unable to commence preparation of such a motion until it receives the discovery responses to which it is entitled. The City has been unable to take depositions because it cannot formulate its deposition questions until it receives the discovery responses upon which such questions will depend. The City has met and conferred with the plaintiffs yet again about the matter, and again expects to present the remaining controversy to Magistrate Judge James for her resolution.

4. Defendants contend that plaintiffs' failure to comply with the discovery inquires have prejudiced their ability to prepare for trial. The plaintiffs acknowledge that their failure to comply with the City's discovery inquiries may have impeded the trial preparation activities of the City and its co-defendants. Plaintiff Jimmy Dutra was significantly injured in a motor vehicle accident in May 2004, and Adam Dutra, the primary plaintiff here, has been in and out of several jails over the past nine months (he was convicted of felony assault in mid-2004 and incarcerated). Adam Dutra is currently incarcerated in Redwood City. His continued incarceration has made it nearly impossible to obtain his participation in this action. In view of the fact that plaintiffs' several "disabilities" have essentially precluded discovery in this case, the plaintiffs are willing to stipulate that the present trial date of September 12, 2005 be postponed. The defendants are also willing to stipulate that the present trial date of September 12, 2005 be postponed.

5.  Plaintiffs recently propounded discovery on the defendants. Due to several issues regarding proper service of these requests, the plaintiffs have granted the defendants additional time to respond and the parties are meeting and conferring to place this discovery on track. The parties are meeting and conferring on deposition dates for key defense witnesses. These had been set for mid-May 2005, but due to service issues, they have been continued. Nonetheless, if Defendants' discovery responses are not complete, Plaintiffs will be prevented from preparing for these depositions and for the September 2005 trial.

6.  The parties are working in good faith to narrow the issues and to prepare the case for trial. Plaintiffs have also prepared and signed a stipulation allowing for dismissal of one named Defendant, Lon Waxstein. That stipulation was filed on April 27, 2005.

7.  All appearing and non-defaulting parties request that the trial be continued to May 15, 2006.

PLAINTIFFS AND ALL NAMED DEFENDANTS SAVE JAMES PENDERGAST HEREBY STIPULATE, THROUGH COUNSEL OF RECORD, AS FOLLOWS:

1.  The trial of this action, currently scheduled to commence on September 12, 2005, shall be postponed, and rescheduled to commence on May 15, 2006, at 9:00 a.m., Courtroom 7, 19th Floor.

2.  The case is to be heard before a jury. The length of time of trial is estimated to be 7 to 10 days.

3.  Discovery plan: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

4.  Non-expert discovery shall cut off on February 27, 2006.

5.  All parties shall designate their experts as follows:

    a.  Plaintiff: No later than 90 days prior to Pretrial conference.

    b.  Defendant: No later than 60 days prior to Pretrial conference.

    c.  Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

6.  Expert discovery cut-off is March 20, 2006.

///

7. Discovery matters are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

8. Dispositive motions shall be noticed for a hearing date which is no later than 45 days prior to the date set for trial.

9. Settlement conference shall be held before Magistrate Judge James Larson and scheduled to take place no later than 30 days prior to the Pretrial Conference.

10. Pretrial Conference date shall be May 2, 2006 at 3:00 p.m.

11. Meet and Confer (Civil L.R. 16-10(b)(5)):  Lead trial counsel shall meet and confer no later than March 20, 2006.

Date:   May 4, 2005                             /s/
                                        Law Office of Russell A. Robinson
                                        Attorneys for Plaintiffs
                                        HAROLD DUTRA, JR., JIMMY DUTRA, and
                                        ADAM DUTRA


Date:   May 4, 2005                             /s/
                                        Alan M. Cohen
                                        Meyers, Nave, Riback, Silver & Wilson
                                        Attorneys for Defendants
                                        CITY OF HALF MOON BAY, CHIEF OF POLICE
                                        IKE ORTIZ, COMMANDER LON WAXSTEIN,
                                        DAVID BOLSTER and MIKE O'MALLEY

**ORDER**

Good cause appearing, IT IS SO ORDERED.

The status conference is continued from May 13, 2005 to March 3, 2006, at 10:30 a.m.  A joint status conference shall be filed no later than February 24, 2006.

Date: May 5, 2005                        /s/ Maxine M. Chesney

                                        MAXINE M. CHESNEY
                                        JUDGE, USDC Northern Dist. Of Cal.