1  Clifford F. Campbell, Esq. (SBN: 60734)
   Alan M. Cohen, Esq. (SBN: 177662)
2  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
3  Oakland, CA 94607
   Telephone: (510) 808-2000
   Facsimile: (510) 444-1108
4
   Attorneys for Defendants
5  CITY OF HALF MOON BAY, ISRAEL ORTIZ,
   DAVID BOLSTER and MICHAEL O'MALLEY
6

7  Russell Robinson (163937)
   Law Office of Russell A. Robinson
8  345 Grove Street, Level One
   San Francisco CA 94102
9  Telephone: (415) 255-0462
   Facsimile: (415) 431-4526
10
   Attorneys for Plaintiffs
11 HAROLD DUTRA, JR., JIMMY
   DUTRA, and ADAM DUTRA

12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

15 HAROLD DUTRA, JR.; JIMMY DUTRA; and,  ) No.  C-02-5940-MMC
   ADAM DUTRA,                           )
16                                       ) **STIPULATION OF DISMISSAL**
          Plaintiffs,                    ) **[FRCP 41 (a)(1)]**
17                                       )
   v.                                    )
18                                       )
   CITY OF HALF MOON BAY; CHIEF OF       )
   POLICE IKE ORTIZ; COMMANDER LON       )
19 WAXSTEIN; DAVID BOLSTER; MIKE         )
   O'MALLEY; JAMES PENDERGAST; and,      ) Compliant Filed: December 26, 2002
20 DOES 1-40,                            ) Trial Date: May 15, 2006
                                         )
21        Defendants.                    )
   _____)

22      IT IS HEREBY STIPULATED by and between the parties hereto through their

23 designated counsel that the above-captioned action be and hereby is dismissed, as to Defendants

24 CITY OF HALF MOON BAY, CHIEF OF POLICE IKE ORTIZ, DAVID BOLSTER, MIKE

25 O'MALLEY, LON WAXSTEIN, and DOES 1-40, with prejudice pursuant to FRCP 41 (a) (1),

26 STIPULATION OF DISMISSAL
   [FRCP 41 (a)(1)]
   Dutra, et al. v. City of Half Moon Bay, et al. (No. C-02-5940)    - 1 -                    02-0016P030.STIP

1  pursuant to settlement. Plaintiffs specifically are permitted to pursue their claims against
2  Defendant James Pendergast, who is not dismissed hereby.
3      IT IS FURTHER STIPULATED that each side to this stipulation shall bear its own costs,
4  including attorneys' fees.

6  Dated: June 8, 2005        LAW OFFICES OF RUSSELL A. ROBINSON

8  By _____
    Russell A. Robinson
9      Attorney for Plaintiffs
    HAROLD DUTRA, JR., JIMMY
10     DUTRA, and ADAM DUTRA

12 Dated: June 8, 2005        MEYERS, NAVE, RIBACK, SILVER & WILSON

14 By _____
    Alan M. Cohen
15     Attorney for Defendants
    CITY OF HALF MOON BAY, ISRAEL
    ORTIZ, DAVID BOLSTER and
16     MICHAEL O'MALLEY

21 Dated: June 10, 2005    **IT IS SO ORDERED**   Judge Maxine M. Chesney

---

STIPULATION OF DISMISSAL
[FRCP 41 (a)(1)]
*Dutra, et al. v. City of Half Moon Bay, et al. (No. C-02-5940)*     - 2 -     02-0016P030.STIP